RECEIVED

JUN 23 2025

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**Name** FESTUS O. OHAN
IF POSSIBLE USE:
FESTUSOKWUDILIOHAN@GMAIL.Com
Temp. Address: Dr. Festus Ohan Residence, Ubaakwe,
Okohia, IDeato South LGA, Imo River State, Nigeria.

**Mailing address**

(360)390-8921

**Telephone**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

FESTUS OKWUDILI OHAN

(Full name of plaintiff in this action)
Plaintiff,

vs. (1) WALMART STORES

(2) TAYLOR FARMS.

(Full names of ALL defendant(s) in this action.
Do NOT use et al.)

Defendant(s).

Case No. _____

(To be supplied by the Court)

PRO SE COMPLAINT

for/under

PERSONAL INJURY/ PRODUCT LIBILITY.

(Type of complaint)

## A. Jurisdiction

Jurisdiction in the United States District Court for the District of Alaska is invoked under:

BOTH PARTIES LIVED AND OPERATED FROM ANCHORAG,
ALASKA MUNICIPALITY WHERE THE INJURY
OCCURED. THUS, JURISDICTION(AND) VENUE ARE PROPG

PS22

## B. Parties

1. The Plaintiff is _FESTUS O. OHAN_, who presently
(Print Name)
resides at _1280 E. 17th AVENUE, #121, ANCHORAGE_
(Address) _AK 99501 BUT NOW_
out of state, use _FESTUSOKWUDILIOHAN@GMAIL.COM and
(360) 390-8921 to communicate._

2. Defendants:

Defendant No. 1, _WALMART CORPORATION_, is a
(Name)

citizen of _ALASKA_, who works as a
(City/State) _702 SW 8th Street, Bentonville,_
_RETAIL SUPERMARKET_ for _AR 72716 (800)925-6278_
(Job Title, if applicable) (Employer/agency, if applicable)

Defendant No. 2, _TAYLOR FARMS_, is a
(Name)

citizen of _ALASKA_, who works as a
(City/State) _P.O. Box 4-998, Greenwood Village_
_AGRICULTURE_ for _CO 80155-4998 (303)325-0084_
(Job Title, if applicable) (Employer/agency, if applicable)

Defendant No. 3,_____, is a
(Name)
_____, who works as a
citizen of_____
(City/State)
for_____
_____ (Employer/agency, if applicable)
(Job Title, if applicable)
(City and State)

Defendant No. 4,_____, is a
(Name)
_____, who works as a
citizen of_____
(City/State)
for_____
_____ (Employer/agency, if applicable)
(Job Title, if applicable)

Defendant No. 5,_____, is a
(Name)
_____, who works as a
citizen of_____
(City/State)
for_____
_____ (Employer/agency, if applicable)
(Job Title, if applicable)

**C. Causes of Action** (Briefly describe the **facts** you consider important to each claim.
State what happened **clearly** and **briefly**, in your **own words**. DO NOT cite legal authority
or argument. Be certain to describe exactly what each defendant, **by name**, did to support
each claim for relief.)

2

COMPLAINT

<u>Claim 1:</u> On or about <u>November 5th, 2024</u>, I purchased a
                          (Date or Period of Time)                    (Supporting facts)
reduced price Taylor Farm Turkey and Cheese Snack
Packs that I shared with a Teacher, Mr. Steve
Shuttleworth of Begich Middle School, 7440
Creekside Center Drive, Anchorage, AK 99504
Telephone Number (907) 742-0500 Ex. 0504. I
Paid cash for the purchase and we ate
them the next day. There were many of the food
in the counter and most could have been returned
and priced down and reselved. But, they were
all gone when I returned to see the manager to
address my complaint. So, pictures taken by the
manager were of new items/replacements but on
the same shelves.

Some hours after Steve and I ate the salad
(2 separate ones), we started having the symptoms
I had. coconut water with the meal and mine
was initially milder than Steve who had to be
hospitalized and missed several days of work.
The expiration date for the salad was good
and I did not have my receipts for the purchase
Symptoms where similar to those of Bacillus
Cereus. I told Ms. Melanie Linn of Walmart and
Ms. Macie Thao of Taylor Farms to call Mr. Steve
Shuttleworth to obtain laboratory result of "Food
Poisoning" that lead to the Diagnosis and the hospital
bills. It's very possible that a food handler snizzed
on the food and wrapped them with transperent
plastics. I lost my job due to low performance (see attached,

COMPLAINT

Case 3:25-cv-00134-SLG     Document 1     Filed 06/23/25     Page 3 of 5

## D. Request for Relief

Plaintiff requests that this court grant the following relief:

1. Damages in the amount of $ _To be determined by Jury_

2. Punitive damages in the amount of $____

3. An order requiring defendant(s) to _Demand Health Clearance Certificates from food handlers. Aside from taking medications, My glutus muscles were hurting very bad that aside from medication I attended these Dr. Wise Physical Therapy sessions for my glutus muscles etc._

4. A declaration that _the Defendants offering only $100.00 for my pain, discomfort and sufferings plus loosing my job was as corrupt U.S. District Judge Chief Judge that I keiped demote to a Judge, was an insult to my very superior being (Noble human)._

5. Other: _Defendants admitted fault but offered only $1000.00 for damages that prompted my loosing my job for lack of performance and my being unhealthy._

Plaintiff demands a trial by _____ (Jury) _____ Court. (Choose one)

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above complaint and that the information contained in the complaint is true and correct.

_[signature]_
_____
Plaintiff's **Original Signature**

FESTUS OKWUDILI OHAX
_____
(Plaintiff's Full Name)

Executed at _NEW YORK, NY_ on _June 16th, 2025_
(Location)        (Date)

COMPLAINT

STUS OHAN
TUSOKWUDILI OHAN @ GMAIL.COM
AIL PREFERED (HOMELESS) OTHERWISE
=OHAN RESIDENCE UMUNNAKWE,
)HIA, IDEATO SOUTH, LGA,
10 RIVER STATE, NIGERIA

NEW YORK NY 100

16 JUN 2025 PM 6 L



TO: UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA, CLERK OF COURT
FEDERAL BLDG, U.S. COURTHOUSE
222 W. 7th AVENUE, #4
ANCHORAGE, ALASKA 99513-7564

99513-750404